IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WALTER V. RODENHURST, III, A0137543, | ) ) ) | CIVIL NO. 08-00396 SOM-LEK |
| Plaintiff, | ) ) | ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO |
| vs. | ) ) | JOIN PARTIES |
| STATE OF HAWAII, et al., | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

ORDER GRANTING PLAINTIFF'S MOTION
TO EXTEND TIME TO JOIN PARTIES

Plaintiff's Motion to extend time to join additional parties is GRANTED.  Plaintiff may move to join a party or parties on or before November 27, 2009.  This Order grants the parties additional time in which to **move** to join additional parties; it does not grant the addition of any party at this time.  Requests to join additional parties to this action shall be made through appropriate motions, and shall be properly supported.  See Fed. R. Civ. P. 15, 19, & 20.

There is confusion regarding which persons Plaintiff seeks in join to this action.  He refers to a "food service provider," but it is not clear who is included in that term.  This confusion may related to confusion over how special diet meals are administered in the Saguaro Correctional Center and the Diamondback Correctional Facility, including how and by whom an inmate's

compliance with a special diet is administered and recorded.  A status conference with Magistrate Judge Leslie E. Kobayashi will be held on Monday, November 2, 2009, at 9:15 am, to discuss this issue.  Plaintiff, who may appear by telephone from his facility, must be prepared to explain whom he seeks to add as a party, even if he is uncertain of the party's name.  Defendants must clarify who decides if a prisoner may receive a special dietary meal, who is responsible for providing special meals to prisoners, who has the authority to rescind a prisoner's special meal order, and under what circumstances such an order is made and rescinded.  Any motion for joinder of additional parties shall not be filed until after the status conference is held.

       IT IS SO ORDERED.

       DATED: Honolulu, Hawaii, October 28, 2009.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

*Rodenhurst v. State of Hawaii, et al.*, Civ. No. 08-00396 SOM-LEK; Order Granting Pl.'s Mot. For Extension of Time; pro se attorneys/Non Disp Orders/KAM/2009/ Rodenhurst 08-396 SOM (dmp edit Order Grt Mot. Extend Time)